```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        - against -

ANTHONY BATTLE,

                Defendant.

05-cr-0377-1 (VM)

<u>ORDER</u>

**VICTOR MARRERO**, United States District Judge.

    A VOSR proceeding in the above-captioned matter is hereby scheduled for June 21, 2024, at 11:00 a.m.

**SO ORDERED.**

Dated:    May 13, 2024
           New York, New York

                                        _____
                                        Victor Marrero
                                           U.S.D.J.