

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 20, 2024

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/24
```

Re:   *United States v. Anthony Battle*, 05 Cr. 377 (VM)

Dear Judge Marrero:

The Government writes to respectfully seek adjournment of the August 23, 2024, status conference in this matter. The parties understand that proceedings in the state criminal case that underlies the pending violation of supervised release have been adjourned by approximately four weeks and that, at that time, there will be more clarity as to whether the state case will proceed to trial.

Defense counsel joins in this request. The parties and Probation are available for a conference on Friday, September 27, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Getzel Berger
Getzel Berger
Assistant United States Attorney
(212) 637-1061

cc:   Carlos Santiago, Esq.
      U.S. Probation Officer Jennifer Arango

---

Request **GRANTED**. The status conference referenced herein is hereby adjourned to September 27, 2024, at 2:30 p.m.

**SO ORDERED.**
Dated: 08/21/24

/s/ Victor Marrero
Victor Marrero
U.S.D.J.