USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        - against -

ANTHONY BATTLE,

                Defendant.

05 Cr. 377(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns the VOSR conference on February 21, 2025, to May 16, 2025, at 1:00 pm, to account for an upcoming proceeding in the underlying state court case on April 10, 2025. The parties are directed to inform the Court of the disposition of the state court proceeding within seven (7) days.

**SO ORDERED.**

Dated:    18 February 2025
            New York, New York

                                          Victor Marrero
                                          U.S.D.J.