

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2025
```

August 4, 2025

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

> Request **GRANTED**. The VOSR conference on August 8, 2025, is hereby adjourned to October 3, 2025, at 2:00 PM. The parties are directed to submit a joint status update on the status of the state case by October 1, 2025.
>
> **SO ORDERED.**         /s/ Victor Marrero
>                                   U.S.D.J.
> Dated: August 5, 2025

Re:   *United States v. Anthony Battle*, 05 Cr. 377 (VM)

Dear Judge Marrero:

The Government writes on behalf of the parties to provide a status update to the Court as instructed by the Court. (*See* Dkt. No. 60.) The parties understand that the state-court matter that underlies the federal violation of supervised release remains pending, and that the July 31, 2025 conference in that matter was rescheduled to September 26, 2025 due to a death in defense counsel's family. The parties further understand that the purpose of the September 26, 2025 conference is so the defendant can consider a plea offer extended by the Manhattan District Attorney's Office. The parties understand that if the defendant does not accept the plea offer on that date, the state court will set a trial date.

The parties therefore jointly seek adjournment of the August 8, 2025, status conference in this matter to a date after September 26, 2025, and further propose that the parties submit a joint status update on October 1, 2025 regarding the status of the state case. This is the fifth request for an adjournment; the prior four were granted. (*See* Dkt. Nos. 53, 55, 58 & 60.)

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ Getzel Berger
      Getzel Berger
      Assistant United States Attorney
      (212) 637-1061

cc:   Carlos Santiago, Esq. (by ECF)
      U.S. Probation Officer Jennifer Arango (by email)