

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2025
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 1, 2025

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

> Request **GRANTED**. The VOSR status conference on October 3, 2025, is hereby adjourned to November 21, 2025, at 10:00 AM. The parties shall submit a joint status update on the underlying state case no later than November 19, 2025.
>
> SO ORDERED.    *Victor Marrero*
>                    Victor Marrero
>                       U.S.D.J.
>
> Dated: October 1, 2025

Re:   *United States v. Anthony Battle*, 05 Cr. 377 (VM)

Dear Judge Marrero:

    The Government writes on behalf of the parties to provide a status update to the Court as instructed by the Court. (*See* Dkt. No. 62.) The parties understand that the state-court matter that underlies the federal violation of supervised release remains pending, and that the September 26, 2025 conference in that matter was rescheduled to October 17, 2025, due to nonappearance by defense counsel. The parties further understand that the purpose of the October 17, 2025 conference is so the defendant can consider a plea offer extended by the Manhattan District Attorney's Office. The parties understand that if the defendant does not accept the plea offer on that date, the state court will set a trial date.

    The parties therefore jointly seek adjournment of the October 3, 2025, status conference. The parties are available on November 21, 2025, and further propose that the parties submit a joint status update on November 19, 2025 regarding the status of the state case. This is the sixth request for an adjournment; the prior five were granted. (*See* Dkt. Nos. 53, 55, 58, 60 & 62.)

                         Respectfully submitted,

                           JAY CLAYTON
                         United States Attorney for the
                         Southern District of New York

By:   _____
     Getzel Berger
     Assistant United States Attorney
     (212) 637-1061

cc:   Carlos Santiago, Esq. (by ECF)
      U.S. Probation Officer Jennifer Arango (by email)