USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

             - against -

ANTHONY BATTLE,

                       Defendant.

---

**05 Cr. 377 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns the Revocation of Supervised Release - Interim Hearing on November 21, 2025, to December 19, 2025, at 3:00 pm. The parties shall submit a joint status update on the underlying state case no later than December 17, 2025.

**SO ORDERED.**

Dated:    5 November 2025
             New York, New York

                                                       Victor Marrero
                                                       U.S.D.J.