**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2026
```

UNITED STATES OF AMERICA,

              - against -

ANTHONY BATTLE,

              Defendant.

**05 Cr. 377 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The hearing scheduled for January 16, 2026, at 3:00 pm is will now take place on January 16, 2026, at 10:00 am.

**SO ORDERED.**

Dated:    14 January 2026
          New York, New York

_____
Victor Marrero
U.S.D.J.