**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

ANTHONY BATTLE,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2026

**05 CR 0377 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On January 16, 2026, the Court re-sentenced defendant ANTHONY BATTLE to a term of incarceration of time served upon conviction of the offense charged in this action.

The Court imposed a new six-month term of supervised release to take effect on January 16, 2026, with the same conditions of his previous term of supervised release.

Accordingly, it is hereby

**ORDERED** that the United States Marshal Service release defendant ANTHONY BATTLE from their custody.

**SO ORDERED.**

Dated:    JANUARY 16, 2026
           New York, New York

_____
      Victor Marrero
      U.S.D.J.